IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In re C. R. Bard, Inc.*
*Pelvic System Products Liability Litigation*
*MDL No. 2187*

Civil Action No. 2:14-cv-10230

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Tiffany O. Thomas

2. Plaintiff Husband

   Phillip A. Thomas

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   Alabama

5. District Court and Division in which action is to be filed upon transfer from the MDL.

   U.S. District Court for the Northern District of Alabama

   Southern Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A. C. R. Bard, Inc. ("Bard")

   ☐   B. Sofradim Production SAS ("Sofradim")

Revised: 5/29/13

- [ ] C. Tissue Science Laboratories Limited ("TSL")
- [ ] D. Ethicon, Inc.
- [ ] E. Ethicon, LLC
- [ ] F. Johnson & Johnson
- [ ] G. American Medical Systems, Inc. ("AMS")
- [ ] H. Boston Scientific Corporation
- [ ] I. Mentor Worldwide LLC
- [ ] J. Coloplast Corp.

7. Basis of Jurisdiction

   - [x] Diversity of Citizenship

8. 

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   1, 6, 7, and 8

   b. Other allegations of jurisdiction and venue

9. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

- ☐ A. The Align Urethral Support System;
- ☐ B. The Align TO Urethral Support System;
- ☐ C. The Avaulta Anterior BioSynthetic Support System;
- ☐ D. The Avaulta Posterior BioSynthetic Support System;
- ☐ E. The Avaulta Plus Anterior Support System;
- ☐ F. The Avaulta Plus Posterior Biosynthetic  Support System;
- ☐ G. The Avaulta Solo Anterior Synthetic Support System;
- ☐ H. The Avaulta Solo Posterior Synthetic Support System;
- ☐ I. The InnerLace BioUrethral Support System;
- ☐ J. The Pelvicol Acellular Collagen Matrix;
- ☐ K. The PelviLace BioUrethral Support System;
- ☐ L. The PelviLace TO Trans-obturator BioUrethral Support System;
- ☐ M. The PelviSoft Acellular Collagen BioMesh;
- ☐ N. The Pelvitex Polypropylene Mesh;
- ☐ O. The Uretex SUP Purbourethral Sling;
- ☐ P. The Uretex TO Trans-obturator Urethral Support System;
- ☐ Q. The Uretex TO2 Trans-obturator Urethral Support System; and
- ☐ R. The Uretex TO3 Trans-obturator Urethral Support System.
- ☑ S. Other

Bard Mesh Pre-shaped with Keyhole Mono-

filament Knitted Polypropylene

10. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

- ☐ A. The Align Urethral Support System;
- ☐ B. The Align TO Urethral Support System;
- ☐ C. The Avaulta Anterior BioSynthetic Support System;
- ☐ D. The Avaulta Posterior BioSynthetic Support System;
- ☐ E. The Avaulta Plus Anterior Support System;
- ☐ F. The Avaulta Plus Posterior Biosynthetic Support System;
- ☐ G. The Avaulta Solo Anterior Synthetic Support System;
- ☐ H. The Avaulta Solo Posterior Synthetic Support System;
- ☐ I. The InnerLace BioUrethral Support System;
- ☐ J. The Pelvicol Acellular Collagen Matrix;
- ☐ K. The PelviLace BioUrethral Support System;
- ☐ L. The PelviLace TO Trans-obturator BioUrethral Support System;
- ☐ M. The PelviSoft Acellular Collagen BioMesh;
- ☐ N. The Pelvitex Polypropylene Mesh;
- ☐ O. The Uretex SUP Purbourethral Sling;
- ☐ P. The Uretex TO Trans-obturator Urethral Support System;
- ☐ Q. The Uretex TO2 Trans-obturator Urethral Support System; and
- ☐ R. The Uretex TO3 Trans-obturator Urethral Support System.
- ☑ S. Other

Bard Mesh Pre-shaped with Keyhole Mono-filament Knitted Polypropylene

4

11. Date of Implantation as to Each Product

February 25, 2004

12. Hospital(s) where Plaintiff was implanted (including City and State)

Brookwood Medical Center

Birmingham, Alabama

13. Implanting Surgeon(s)

Dr. Clarence Paul Perry

14. Counts in the Master Complaint brought by Plaintiff(s)

- [✓] Count I
- [✓] Count II
- [✓] Count III
- [✓] Count IV
- [✓] Count V
- [✓] Count VI
- [✓] Count VII (by the Husband)
- [✓] Count VIII
- [ ] Other _____ (please state the facts supporting this Count in the space, immediately below)
- [ ] Other _____ (please state the facts supporting this Count in the space, immediately below)

5

/s/ James V. Doyle, Jr.
James V. Doyle, Jr.
Attorneys for Plaintiff

Address and bar information:

DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, Suite 650
Birmingham, Alabama  35209
(205) 533-9500  phone
(205) 414-7400  fax
jimmy@doylefirm.com

Alabama State Bar Number:
ASB-6257-A57D

6